Marc V. Kalagian
Attorney at Law: 4460
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.kalagian@rksslaw.com
Attorneys for Plaintiff

Attorneys for Plaintiff
Jacqueline Allen

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELINE ALLEN, | Case No.: 2:15-cv-01920-KJD-GWF |
| Plaintiff, | STIPULATION FOR DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE GEORGE FOLEY, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Jacqueline Allen ("Plaintiff") and Carolyn W. Colvin as the Acting Commissioner of Social Security ("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses.

///

1 | The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule
2 | 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

DATE: July 22, 2016    Respectfully submitted,

                              ROHLFING & KALAGIAN, LLP

                              /s/ *Marc V. Kalagian*
         BY: _____
                              Marc V. Kalagian
                              Attorney for plaintiff Ms. Jacqueline Allen

Of Counsel:
Monica Perales
Attorney at Law

DATE: July 22, 2016    DANIEL G. BOGDEN
                              United States Attorney
                              MARK E. WOOLF
                              Assistant United States Attorney
                              Chief, General Civil Section

                              /s/ *Jeffrey T. Chen*
                              _____
                              JEFFREY T. CHEN
                              Special Assistant United States Attorney
                              Attorneys for Defendant Carolyn W. Colvin,
                              Acting Commissioner of Social Security
                              (Per e-mail authorization)

IT IS SO ORDERED:    _____
                              UNITED STATES DISTRICT JUDGE
DATED: 7/25/2016    KENT J. DAWSON